FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-0181

_____

PATRICE KERR,

　　Petitioner,

v.

STATE OF FLORIDA,

　　Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


March 7, 2019


PER CURIAM.

　　The petition for writ of habeas corpus is denied on the merits.

LEWIS, ROWE, and MAKAR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patrice Kerr, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.